UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AZ EL ARAB FAQIR,<br><br>                                  Plaintiff,<br><br>                  v.<br><br>AEREA SALON NYC INC., et al.,<br><br>                                  Defendants. | 22-CV-10863 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned.  All counsel must familiarize themselves with the Court's Individual Practices, which are available at [https://nysd.uscourts.gov/hon-dale-e-ho](https://nysd.uscourts.gov/hon-dale-e-ho).  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment; provided the conference scheduled for December 19, 2023, at 11:00 A.M. is ADJOURNED.

    SO ORDERED.

Dated: October 18, 2023
       New York, New York

                                                                 DALE E. HO
                                                    United States District Judge