```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AZ EL ARAB FAQIR,

                      **Plaintiff,**                    22-CV-10863 (DEH )(VF)

     -against-                                **ORDER**

AEREA SALON NYC INC., ET AL.,

                      **Defendants.**

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On October 19, 2023, this case was reassigned to me for general pretrial supervision and to report and recommend on any dispositive motions. The parties are ordered to file a joint status letter no later than Wednesday, December 20, 2023, providing the Court a brief statement of the progress of discovery in the prior two months, the anticipated next steps in the upcoming two months, and any disputes that have arisen.

**SO ORDERED.**

DATED:      New York, New York
              October 20, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge