UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AZ AL ARAB FAQIR, et al,<br><br>                  Plaintiff(s),<br><br>v.<br><br>AEREA SALON NYC INC., et al,<br><br>                  Defendant(s). | 22-CV-10863 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

      The Court will conduct a post-discovery case management conference on **January 28, 2025, at 11:30 AM**. The conference will be held via Microsoft Team. The parties should join the conference by dialing 646-453-4442 and entering the conference ID: 765 465 494, followed by the pound (#) sign. No later than one week in advance of the conference, the parties shall submit a joint status letter. The letter shall state whether any party intends to file a dispositive motion and, if so, it shall propose a briefing schedule. The letter shall further describe the efforts the parties have made to settle the action and state whether the parties request a referral for settlement discussions before the assigned Magistrate Judge or through the District's Mediation Program.

      SO ORDERED.

Dated: January 8, 2025
       New York, New York

                                                           DALE E. HO
                                         United States District Judge