UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AZ EL ARAB FAQIR,

                          **Plaintiff,**                    22-CV-10863 (DEH) (VF)

    -against-                                    **ORDER**

AEREA SALON NYC INC., ET AL.,

                          **Defendants.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The settlement conference is rescheduled for **June 18, 2025 at 10 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **June 11, 2025**. The Clerk of Court is directed to terminate the gavel at ECF No. 36.

**SO ORDERED.**

DATED:    New York, New York
               February 27, 2025

                                                                         VALERIE FIGUEREDO
                                                                       United States Magistrate Judge