

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. (718) 263-9591 | F. (718) 263-9598

August 7, 2025

Via ECF:
Honorable Valerie Figueredo, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    *Faqir et al v. Aerea Salon NYC Inc. et al*
               Docket No.: 1:22-cv-10863-DEH-VF

Dear Judge Figueredo:

    Our office represents Plaintiff in the above-mentioned matter, and we submit this letter motion jointly with counsel for Defendants to respectfully request an additional two (2) weeks to submit a motion for settlement approval. The current deadline to submit a motion for settlement approval is August 8, 2025. This is the first request for an extension. The parties are continuing to finalize the settlement terms and settlement agreement. In light of this, the parties respectfully request two (2) additional weeks, or by August 22, 2025, to submit a motion for settlement approval.

    We thank the Court for its kind attention to this matter and remain available to provide any additional information.

                                          Respectfully submitted,

                                          */s/KatelynSchillaci*
                                          Katelyn Schillaci, Esq.

CC (via ECF):
*Counsel for Defendants*

---

**MEMO ENDORSED**

/s/ Valerie Figueredo
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: 8/8/25

The extension requested herein is GRANTED. This resolves the letter motion at ECF No. 43.