**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

AZ EL ARAB FAQIR,

      Plaintiff,       **22-CV-10863 (VF)**

   -against-          **ORDER**

AEREA SALON NYC INC., ET AL.,

      Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

At ECF No. 45 at 6, Plaintiff refers to an Exhibit 2 that includes Plaintiff's counsel's billing records and attorney qualifications that was not received by the Court. Plaintiff is directed to file Exhibit 2 on or before **December 12, 2025**.

**SO ORDERED.**

DATED:  New York, New York
     December 8, 2025

              _____
              VALERIE FIGUEREDO
              United States Magistrate Judge